IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-262-JLK**

**UNITED STATES OF AMERICA,**

          Plaintiff,

v.

2.     **ARNOLDO SANDOVAL-GODINEZ**
3.     **GUILLERMO SOLIS-CARMONA**

## ORDER ON MOTIONS TO DISMISS

Kane, J.

This matter is before the court on defendants' Motions to Dismiss (doc. #135, filed March 2, 2009 and doc. #138, filed March 3, 2009). I have reviewed the motions and the responses thereto. The motions are **DENIED**. This case will proceed to trial on March 30, 2009 as scheduled. To that end, a **Final Trial Preparation Conference/Motions Hearing** is scheduled for **March 26, 2009 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

The parties should be prepared to address the following issues at this conference:

a.     Jury selection;

b.     Sequestration of witnesses;

c.     Presentation of exhibits to the jury;

d.     Timing of presentation of witnesses and evidence;

e.     Any anticipated evidentiary issues;

f.     Any stipulations as to fact or law; and

g.     Any other issue affecting the duration or course of the trial.

Unless otherwise ordered, all pending motions will also be heard at the Final Trial Preparation Conference.

The parties are encouraged to file their exhibit and witness lists with the court before the Final Trial Preparation Conference so that any evidentiary issues can be identified and resolved at the Conference if possible.

In addition, the parties' proposed jury instructions will be considered at the Final Trial Preparation Conference. In advance of the conference, therefore, counsel shall confer and submit their proposed Jury Instructions and Verdict Form as a single document in editable format, with stipulations and objections indicated, to the chambers e-mail account in a manner consistent with this court's standard procedures for submission of jury instructions (contained in Judge Kane's Memorandum Regarding Pretrial and Trial Procedures for civil cases). The parties' proposed instructions and verdict form shall be submitted no later than **March 19, 2009.**

Dated: March 3, 2009

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court