**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date: March 5, 2009 | Deputy Clerk: Bernique Abiakam<br>Court Reporter: Kara Spitler<br>Interpreter: Cathy Bahr |

Criminal Action No.: 08-cr-00262-JLK-2-3

| | |
|---|---|
| UNITED STATES OF AMERICA, | Colleen Covell<br>Mark J. Barrett<br>Steven M. Tokarz |
| Plaintiff, | |
| v. | |
| 2. ARNOLDO SANDOVAL GODINEZ, | Paula M. Ray |
| 3. GUILLERMO SOLIS CARMONA, | Jonathan S. Willett |
| Defendants. | |

## COURTROOM MINUTES

**Motions Hearing**

**4:06 p.m.      Court in session.**

Court calls case. Defendants present in custody.

Interpreter sworn.

Preliminary remarks by the Court.

Argument regarding speedy trial.

4:10 p.m.      Argument by Ms. Covell.

4:19 p.m.      Argument by Ms. Ray.

**4:30 p.m.      Court in recess.**

**4:41 p.m.      Court in session.**

Remarks by the Court.

Argument by Ms. Covell.

Comments by the Court.

4:49 p.m.     Argument by Mr. Willett regarding speedy trial calculation.

Rulings by the Court.

**ORDERED:   Motion To Reconsider Order Denying Defendant's Motion To Dismiss (Filed 3/4/09; Doc. No. 146) is DENIED.**

**ORDERED:   Motion To Join Defendant Sandoval-Godinez's Motion To Reconsider Order Denying Defendant's Motion To Dismiss (Filed 3/5/09; Doc. No. 149) is DENIED.**

**The Court advises counsel and parties that this case will be tried before Judge Brimmer.**

**ORDERED:   Jury trial/selection is set to begin on Thursday, March 12, 2009 at 2:00 p.m.**

**ORDERED:   Defendants have until close of business Friday, March 6, 2009, to waive speedy trial.**

**ORDERED:   Defendants are remanded to the custody of the U.S. Marshal**

**4:58 p.m.     Court in recess.**
Hearing concluded.
Time in court - 41 minutes