**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam
Court Reporter: Adrienne Whitlow
Probation Officer: Michelle Means
Interpreter: Suzanna Cahill

Date: August 11, 2009

Criminal Action No.: 08-cr-00262-JLK-2

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Mark J. Barrett |
| Plaintiff, | |
| v. | |
| 2.  ARNOLDO SANDOVAL-GODINEZ, | Paula M. Ray |
| Defendant. | |

## SENTENCING MINUTES

**10:05 a.m.    Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing:    March 26, 2009.**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government and defense counsel were given an opportunity to make statements before sentencing.

Defendant called and sworn.

10:39 a.m.    Direct examination begins by Ms. Ray.

*08-cr-00262-JLK-2*
*Sentencing*
*August 12, 2009*

10:49 a.m.     Cross examination begins by Mr. Barrett.

10:59 a.m.     Defendant makes statement to the Court prior to sentencing.

11:05 a.m.     Comments and rulings by the Court.

**ORDERED:**   Motion For Variance Pursuant To 18 U.S.C.§3553(a) [Filed 6/1/09; Doc. No. 185] is GRANTED.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count One to a term of imprisonment of **36 months**, with the Court's recommendation of credit for time served. .

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **5 years**.

**Conditions of supervised release:**
- (X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)   Defendant shall not commit another federal, state or local crime, which includes illegal re-entry into the United States.
- (X)   Defendant shall not possess a firearm or destructive device.
- (X)   Defendant shall comply with the standard conditions adopted by the Court.
- (X)   Defendant shall not illegally possess controlled substances.
- (X)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X)   Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**
- (X)   Defendant, once deported, shall not return to the United States illegally. If the defendant re-enters the United States legally, defendant shall report to the nearest United States Probation Office within 72 hours of his return.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

*08-cr-00262-JLK-2*
*Sentencing*
*August 12, 2009*

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

The Defendant is advised that the detainer placed against him, in the state of Wyoming, is beyond this Court's jurisdiction.

Defendant is advised of the right to appeal.

The Court will recommend that the Defendant's place of confinement is in the District of Colorado.

Objections made by the Government regarding sentencing.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:13 a.m.    Court in recess.**
Hearing concluded.
Total in-court time: 1 hour 8 minutes.